AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court

### Southern District of Ohio

**Kenneth Michael Sagraves,**

    **JUDGMENT IN A CIVIL CASE**

  **Plaintiff,**

   v.        Case Number: 2:04-cv-683
             Judge Smith
**Lab One, et al.,**      Magistrate Judge Abel

  **Defendant,**

[ ]  **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[ ]  **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

[ X ]  Decision by Court.  This action was decided by the Court without a trial or hearing.

  **IT IS ORDERED AND ADJUDGED**

  Pursuant to and Order dated October 30, 2006 the Court GRANTS defendant's Motion for Summary Judgment. Case DISMISSED.

**October 30, 2006**       <u>s/JAMES BONINI</u>
**Date**           **Clerk**


           <u>*s/Lisa V. Wright*</u>
           **(By) Deputy Clerk**